**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6116**

---

DONALD CARR,

                              Petitioner - Appellant,

        versus

ADRIENNE   POTEAT,   Warden;   MICHAEL   GAINES,
United States Parole Commission Chairman,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-00-2071-AM)

---

Submitted:  May 18, 2001          Decided:  October 1, 2001

---

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donald Carr, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald Carr appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carr v. Poteat, No. CA-00-2071-AM (E.D. Va. Dec. 20, 2000). We grant Carr's motion to amend his informal brief to correct a typographical error, and the corrected pages have been filed. We deny his motion for a preliminary injunction and his request for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED